UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL JENKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:24-CV-32-KAC-JEM |
| MECENE ESTAINVIL, et al., | ) ) ) |
| Defendants, | ) ) |

## NOTICE OF APPEARANCE

COMES NOW Jason G. Denton enters this appearance as co-counsel along with Kelli A. Haas on behalf of Daniel Jenkins, the Plaintiff in this matter. It is requested that all further pleadings and correspondence concerning this matter be forwarded to the address of undersigned counsel as shown in this Notice of Appearance.

Respectfully submitted,
**ROCHELLE, McCULLOCH & AULDS**

_____
**Jason G. Denton, BPR No. 22759**
109 Castle Heights Avenue North
Lebanon, TN 37087
615.443.8772 (telephone)
615.443.8775 (facsimile)
E-mail: jdenton@rma-law.com

**Kelli A. Haas, BPR No. 21132**
1616 Westgate Circle
Brentwood, TN 37027
615.567.7300 (telephone)
615.567.7301 (facsimile)
E-mail: kelli@khalawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to:

**Garrett E. Asher, BPR No. 15977**
**Joel P. Surber, BPR No. 21026**
220 Athens Way, Suite 310
Nashville, Tennessee 37228 Phone (615) 997-1908
Fax (615) 953-1473
E-mail: gasher@tennlawfirm.com
E-mail: jsurber@tennlawfirm.com
*Attorneys for Defendants Vamar, Inc. and Mecene Estainvil*

**W. W. Frank Wilbert, Esq. BPR No. 23090**
BUTLER SNOW, LLP
150 Third Avenue South Suite 1600
Nashville, TN 37201
D: (615) 651-6767
F: (615) 651-6701
Email: Frank.Wilbert@butlersnow.com
*Attorney for Unnamed Defendant/Cross-Plaintiff Acuity, A Mutual Insurance Company*

On this the 27th day of January, 2025.

_____
JASON G. DENTON
*Attorney for the Plaintiff*